No. 235, Misc. MERRIMAN *v.* ARIZONA ET AL. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se.* *Wade Church,* Attorney General of Arizona, *Leslie C. Hardy,* Chief Assistant Attorney General, and *Stirley Newell,* Assistant Attorney General, for respondents.

No. 570. EISTRAT *v.* SCHULTHEIS ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 348, Misc. VARNER, ALIAS WOODS, *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 548, Misc. HILDEBRANDT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 485, Misc. KNISELEY *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 564, Misc. SADNESS *v.* NEW YORK. Appellate Division, Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 574, Misc. IN RE POINDEXTER. C. A. 9th Cir. Certiorari denied.

No. 579, Misc. HARRISON *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.